RECEIVED
IN MONROE, LA

SEP 04 2009

AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JEROME A. POLK<br>LA. DOC #120503 | CIVIL ACTION NO. 09-0019 |
| | SECTION P |
| VERSUS | |
| | JUDGE ROBERT G. JAMES |
| RICHWOOD CORRECTIONS CENTER,<br>ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 12], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record [Doc. No. 15];

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915 and 1915A.

**THUS DONE AND SIGNED**, in chambers, Monroe, Louisiana, on this 4 day of September, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE